JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIANNA CURRY,<br><br>   Plaintiff,<br><br>  v.<br><br>LELAND DUDEK, Acting Commissioner of Social Security,<br><br>   Defendant. | Case No. ED CV 23-02442-SK<br><br>**JUDGMENT** |

**IT IS ADJUDGED** that this action is reversed and remanded to the Commissioner of the Social Security Administration for further proceedings.

Date: February 20, 2025

_____
STEVE KIM
United States Magistrate Judge